IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRISCO MEEKS, | : |
| Plaintiff, | : |
| v. | : 4:23-CV-1240 |
| | : (JUDGE MARIANI) |
| JOHN DOE, et al., | : |
| Defendants. | : |

### ORDER

AND NOW, THIS 14th DAY OF MAY 2025, upon *de novo* review of Magistrate Judge Bloom's Report and Recommendation, (Doc. 23), and Plaintiff's objections to the Report and Recommendation, (Doc. 28), **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, (Doc. 23), dismissing *pro se* Plaintiff's Amended Complaint on statute of limitations grounds is **ADOPTED AS MODIFIED** to reflect that the dismissal of Plaintiff's Amended Complaint, (Doc. 21), is without prejudice.

2. Plaintiff's Amended Complaint, (Doc. 21), is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff will be granted one final opportunity to file a Second Amended Complaint **within sixty (60) days of the date of this Order** setting forth facts plausibly showing that equitable tolling applies to his facially untimely claims.

4. Failure to file a Second Amended Complaint **within sixty (60) days of the date of this Order** will result in dismissal with prejudice.

_____
Robert D. Mariani
United States District Judge