IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRISCO MEEKS,

    Plaintiff,

v.                                         :    4:23-CV-1240
                                           :    (JUDGE MARIANI)
JOHN DOE, et al.,

    Defendants.

**ORDER**

**AND NOW, THIS 29th DAY OF JULY 2025,** for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is **DISMISSED WITH PREJUDICE** for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge